# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Arthur,<br><br>    Plaintiff,<br><br>v.<br><br>Key Bank USA NA, et al.,<br><br>    Defendants. | No. CV-17-03242-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation of Dismissal with Prejudice of Defendants Macy's, Inc. and Department Stores National Bank Only (Doc. 56), filed on November 22, 2017,

IT IS ORDERED granting the Stipulation (Doc. 56) and dismissing this action **as to Defendants Macy's, Inc. and Department Stores National Bank only**, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendants Macy's, Inc. and Department Stores National Bank only.

Dated this 22nd day of November, 2017.

Honorable Diane J. Humetewa
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28