PRICE LAW GROUP, APC
David A. Chami, AZ #027585
1204 E. Baseline Rd., Suite 102
Tempe, AZ 85283
P: 818-907-2133
F: 866-401-1457
david@pricelawgroup.com
Attorneys for Plaintiff Kathleen Arthur

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ARIZONA

| | |
|---|---|
| KATHLEEN ARTHUR,<br><br>            Plaintiff,<br><br>vs.<br><br>KEY BANK USA, N.A.; MACY'S, INC.; DEPARTMENT STORES NATIONAL BANK; VERIZON WIRELESS (VAW), LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC,<br><br>            Defendants. | Case No.: 2:17-cv-03242-PHX-DJH<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kathleen Arthur ("Plaintiff") and

Defendant Key Bank USA, N.A. ("Key Bank") have settled all claims between them in

this matter. The parties are in the process of completing the final settlement documents

and expect to file a Stipulation of Dismissal with Prejudice within the next forty-five (45)

days. The parties also request that the Court retain jurisdiction for any matters related to

completing and/or enforcing the settlement.

///

NOTICE OF SETTLEMENT

1

RESPECTFULLY SUBMITTED,

2

3      Dated: December 8, 2017                      **PRICE LAW GROUP, APC**

4
                                                    By:  /s/ David A. Chami
5                                                   David A. Chami
                                                    david@pricelawgroup.com
6                                                   Attorneys for Plaintiff Kathleen Arthur

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3       I hereby certify that on December 8, 2017, I electronically filed the foregoing with

4   the Clerk of the Court using the CM/ECF system, which will send notice of such filing to

5

6   all attorneys of record in this matter.

7

8   /s/ Sandra Padilla

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT