1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9   Kathleen Arthur,                          No. CV-17-03242-PHX-DJH
10              Plaintiff,                     **ORDER**
11  v.
12  Key Bank USA NA, et al.,
13              Defendants.
14
15          The Court having received the Stipulation for Dismissal with Prejudice (Doc. 60)
16  filed on December 8, 2017 by counsel for Defendant Verizon Wireless (VAW),
17          IT IS ORDERED granting the Stipulation (Doc. 60) and dismissing this action **as**
18  **to Defendant Verizon Wireless (VAW) only**, with prejudice, each party to bear its own
19  attorneys' fees and costs.
20          IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant
21  Verizon Wireless (VAW) only.
22          Dated this 13th day of December, 2017.
23
24  _____
    Honorable Diane J. Humetewa
25  United States District Judge
26
27
28