# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Arthur, | No. CV-17-03242-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Key Bank USA NA, et al., | |
| Defendants. | |

The Court having received the parties' Joint Stipulation of Dismissal with Prejudice of Defendant Key Bank USA, N.A. Only (Doc. 64), filed on December 18, 2017,

IT IS ORDERED approving the Joint Stipulation (Doc. 64) and dismissing this action **as to Defendant Key Bank USA, N.A. only**, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate **Defendant Key Bank USA, N.A. only**.

IT IS FURTHER ORDERED that the Motion to Sever and Transfer (Doc. 39) previously filed by Defendant Key Bank USA, N.A. is **denied as moot.**

Dated this 18th day of December, 2017.

Honorable Diane J. Humetewa
United States District Judge