PRICE LAW GROUP, APC
David A. Chami, AZ #027585
1204 E Baseline Rd., Suite 102
Tempe, AZ 85283
P: 818-907-2133
F: 866-401-1457
E: david@pricelawgroup.com
Attorneys for Plaintiff Kathleen Arthur

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KATHLEEN ARTHUR,<br><br>    Plaintiff,<br><br>  vs.<br><br>KEY BANK USA, N.A.; MACY'S, INC.; DEPARTMENT STORES NATIONAL BANK; VERIZON WIRELESS (VAW), LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC,<br><br>    Defendants. | Case No. CV-17-03242-PHX-DJH<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kathleen Arthur and Defendant Trans Union LLC ("Trans Union"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next thirty (30) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the

1 | settlement. This Notice of Settlement is only applicable between Plaintiff and Defendant
2 | Trans Union to be excused for all future hearings and deadlines.

Respectfully submitted this 14th day of April 2018

**PRICE LAW GROUP, APC**

By: /s/ *David A. Chami*
David A. Chami
1204 E. Baseline Road, Suite 102
Tempe, Arizona 85283
Attorneys for Plaintiff
Kathleen Arthur

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 14th day of April 2018. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/ *Sandra Padilla*

NOTICE OF SETTLEMENT