# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Arthur, | No. CV-17-03242-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Key Bank USA NA, et al., | |
| Defendants. | |

The Court having received the Joint Stipulation of Dismissal with Prejudice of Defendant Trans Union, LLC. Only (Doc. 78),

IT IS ORDERED approving the Stipulation (Doc. 78) and dismissing this action **as to Defendant Trans Union, LLC. only**, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant Trans Union, LLC. only.

Dated this 19th day of March, 2018.

Honorable Diane J. Humetewa
United States District Judge