PRICE LAW GROUP, APC
David A. Chami, AZ #027585
8245 North 85th Way
Scottsdale, AZ 85258
P: 818-600-5515
F: 866-401-1457
david@pricelawgroup.com
Attorneys for Plaintiff Kathleen Arthur

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ARIZONA**

| | |
|---|---|
| KATHLEEN ARTHUR, | Case No.: CV-17-03242-PHX-DJH |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC. ONLY** |
| vs. | |
| KEY BANK USA, N.A.; MACY'S, INC.; DEPARTMENT STORES NATIONAL BANK; VERIZON WIRELESS (VAW), LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Kathleen Arthur, and Defendant, Equifax Information Services, LLC ("Equifax"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: April 4, 2018.

**PRICE LAW GROUP, APC.**

By: /s/ David A. Chami
David A. Chami
david@pricelawgroup.com
*Attorneys for Plaintiff Kathleen Arthur*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Maria Marsceill*