# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Arthur, | No. CV-17-03242-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Key Bank USA NA, et al., | |
| Defendants. | |

The Court having received the Joint Stipulation of Dismissal with Prejudice of Defendant Equifax Information Services, LLC. Only (Doc. 85),

IT IS ORDERED approving the Stipulation (Doc. 85) and dismissing this action **as to Defendant Equifax Information Services, LLC. only**, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant Equifax Information Services, LLC. only.

**Dated** this 27th day of April, 2018.

Honorable Diane J. Humetewa
United States District Judge