David A. Chami, AZ #027585
PRICE LAW GROUP, APC
david@pricelawgroup.com
8245 North 85th Way
Scottsdale, AZ 85258
T: 818-600-5564
F: 866-600-5464
*Attorneys for Plaintiff*
*Kathleen Arthur*

Emily Gildar Wagner (#028811)
SNELL & WILMER, L.L.P.
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382-6734
Facsimile: (602) 382-6070
Email: ewagner@swlaw.com

Donna Woo (CA #312876)
(*Admitted Pro Hac Vice*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: dwoo@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Arthur,<br><br>   Plaintiff,<br><br> vs.<br><br>Key Bank USA, N.A., et al.<br><br>   Defendants. | Case No.: CV-17-03242-PHX-DJH<br><br>**STIPULATION FOR DISMISSIAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Kathleen Arthur, by and through her counsel of record, Price Law Group APC, and Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, Snell & Wilmer, L.L.P. and Jones Day, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss Experian from the action with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted this 14th day of June 2018.

**PRICE LAW GROUP, APC**

By: /s/*David A. Chami*
David A. Chami
david@pricelawgroup.com
*Attorneys for Plaintiff*
*Kathleen Arthur*

**SNELL & WILMER, L.L.P.**

By: /s/*Emily Gildar Wagner*
Emily Gildar Wagner
ewagner@swlaw.com

**JONES DAY**

By:/s/*Donna Woo*
Donna Woo
dwoo@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Elizabeth Nanez*