# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Arthur, | No. CV-17-03242-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Key Bank USA NA, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation for Dismissal with Prejudice of Experian Information Solutions, Inc. (Doc. 91), filed on June 14, 2018,

IT IS ORDERED approving the Stipulation (Doc. 91) and dismissing this action **as to Defendant Experian Information Solutions, Inc. only**, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate **Defendant Experian Information Solutions, Inc. only**.

**Dated** this 14th day of June, 2018.

Honorable Diane J. Humetewa
United States District Judge